On respondent's reconsideration filed November 1, reconsideration allowed; former opinion filed September 21 (64 Or App 617, 669 P2d 381) adhered to as modified November 30, 1983, petition for review allowed January 24, 1984

UTAH HOME FIRE INSURANCE
COMPANY et al,
*Appellants,*

*v.*

COLONIAL INSURANCE COMPANY
OF CALIFORNIA,
*Respondent.*

(A8202-00958; CA A26054)

672 P2d 71

James M. Callahan, and Landis, Aebi & Bailey, P.C., Portland, for petition.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM

**PER CURIAM**

The petition for reconsideration is allowed. The last paragraph of the former opinion is modified to read:

"Reversed and remanded with instructions that the trial court determine the limits of the PIP coverage of each insurer and pro-rate the $6,430.20 benefits paid accordingly."

The former opinion is adhered to in all other respects.